

# Fourth Court of Appeals

## San Antonio, Texas

March 8, 2021

No. 04-20-00478-CV

**CITY OF SAN ANTONIO,**
Appellant

v.

Albert **DAVILA,** Individually; Madeline Davila, Individually; and Albert Davila as Trustee of
the Albert Peña Davila and Madeline Davila Living Trust,
Appellees

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI03387
Honorable Aaron Haas, Judge Presiding

# O R D E R

On February 4, 2021, we struck Appellees' brief for failing to comply with requirements of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 38.1. We ordered Appellee to file an amended brief that fully complied with the applicable rules. *See id.*

Appellee timely filed an amended brief, but it fails to fully comply with the applicable rules and this court's order. For example, the brief did not include Rule-compliant versions of the following:

- Statement of Facts (that complies with the Rules),
- Argument (that complies with the Rules), or
- Prayer (that complies with the Rules).

*See id.*

In the court's order from February 4, 2021, we noted that the brief lacked appropriate citations to authorities and to the record. *Contra* Tex. R. App. P. 38.1(g), (i). Specifically, we noted that there were no citations to the record in Appellees' brief, and on pages 9 through 16, Appellees made numerous legal assertions without appropriate citations to legal authorities. *Contra id.* R. 38.1(g), (i). We also noted that the prayer failed to clearly state the nature of the relief sought. *Contra* Tex. R. App. P. 38.1(j).

In the amended brief, Appellee added some citations to the clerk's record, including three different citations to the same document, as well as some duplicate legal citations. There were no other changes to the brief. We conclude that the amended brief did not comply with the court's order to correct all violations listed.

Nevertheless, despite the amended brief's defects, we are not ordering Appellee to file a second amended brief. However, the submission panel may determine that Appellee has waived one or more issues due to inadequate briefing if the noted deficiencies are not corrected prior to submission. *See Canton-Carter v. Baylor Coll. of Med.*, 271 S.W.3d 928, 931 (Tex. App.—Houston [14th Dist.] 2008, no pet.) (briefing waiver).

It is so **ORDERED** on this 8th day of March, 2021.

PER CURIAM

ATTESTED TO: _____
Michael A. Cruz
Clerk of Court